IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 1:24CR104-1 |
| DARAYVION DESHAWN JENKINS | : | |

The Grand Jury charges:

From on or about July 17, 2023, up to and including on or about August 8, 2023, in the County of Durham, in the Middle District of North Carolina, DARAYVION DESHAWN JENKINS knowingly did possess in and affecting commerce a firearm, that is, a Glock .45 caliber handgun, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and with knowledge of that conviction; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

DATED: March 25, 2024

SANDRA J. HAIRSTON
United States Attorney

BY: TRACY M. WILLIAMS-DURHAM
Assistant United States Attorney

A TRUE BILL:

FOREPERSON